# FOURTEENTH COURT OF APPEALS
## 301 Fannin, Room 245
## Houston, Texas 77002


**To: Chris Daniel**                                    **February 11, 2015**

**County:  Harris (Criminal)**

**Subject:  RETURN OF ORIGINAL EXHIBITS**

**Please acknowledge the receipt of the original exhibits listed below. Please sign and return the original to this court.**


| 14-09-00620-CR | Edgar Josias Vasquez v The State of Texas | 1145289 |
|---|---|---|
|  | State's Exhibit 5, a DVD |  |


Received by: _____


Received on: _____